Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_Western_ District of _Louisiana_

_Civil_ Division

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 2 0 2023

TONY R. MOORE, CLERK
BY _____
DEPUTY

Case No. _____

23-cv-1646 Sec P

_(to be filled in by the Clerk's Office)_

ANDREA LAVELLE VICKERS

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

C.O McDowell,
UNKNOWN CORRECTIONAL OFFICER,
C. Garrett (warden)
A.W Humphrey

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                            ANDREA LAVELLE VICKERS
All other names by which
you have been known:
ID Number                       16301-006
Current Institution             A.D.X FLORENCE
Address                         P.O BOX 8500
                                FLORENCE            CO      81226-8500
                                   *City*          *State*    *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
   Name                         C.O Mcdowell
   Job or Title *(if known)*    Correctional officer
   Shield Number                unknown
   Employer                     Federal Bureau of prisons
   Address                      1000 Airbase Road
                                Pollock          LA      71467
                                  *City*        *State*   *Zip Code*
                                ☐ Individual capacity   ☑ Official capacity

Defendant No. 2
   Name                         Unknown Correctional officer
   Job or Title *(if known)*    Correctional officer
   Shield Number                unknown
   Employer                     Federal Bureau of prisons
   Address                      1000 Airbase Road
                                Pollock          LA      71467
                                  *City*        *State*   *Zip Code*
                                ☐ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name       C. Garrett

Job or Title *(if known)*    Warden

Shield Number      unknown

Employer       Federal Bureau of prisons

Address       1000 Airbase Road

      pollock       LA       71467

      *City*       *State*       *Zip Code*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name       A.W Humphrey

Job or Title *(if known)*    Assistant Warden

Shield Number      unknown

Employer       Federal Bureau of prisons

Address       1000 Airbase Road

      pollock       LA       71467

      *City*       *State*       *Zip Code*

☐ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

   ☑ Federal officials (a *Bivens* claim)

   ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Federal Bureau of prison staff committed acts of negligence, under the eighth Amendment to the Constitution Mandates that prison officials maintain humane conditions of Confinement and take reasonable measures to gaurantee the safety of prisoners, their duty includes protecting prisoners from violence at the hands of other prisoners.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Acting under the color of federal law C.O mcdowell and the Unknown C.O committed acts of negligence by unsecuring multiple cells at a time all cells were to be secured due to the institutional lockdown we were on at the time all of which resulted in me suffering multiple stab wounds I would have not suffered had it not been for the negligence committed. Acting under the color of federal law warden C.Garrett and A.W Humphrey failed to provide a safe environment at the prison free of staff negligence resulting in inmate injuries.*

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

*I WAS AT UNITED STATES PENITENTIARY POLLOCK ON JULY 30TH, 2022 WHEN MY CLAIM AROSE.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

THE EVENT THAT OCCURRED TOOK PLACE ON JULY 30TH, 2022 AT AROUND 2:48 PM.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On the day of July 30TH, 2022 I was placed in a life threatning situation in which I suffered multiple injuries due to multiple stab wounds. My stab wounds were a result of the negligence of bureau of prisons staff C.O Mcdowell and a unknown C.O who unsecured multiple cells at a time our cells were to be secured due to the Institutional lock down the prison was on at the time which resulted in my injuries at the hands of other inmates, due to the negligence committed by Bureau of prison correctional officers who un-secured multiple cells at a time they were to be secured. The warden C. Garrett and AW Humphrey for failing to provide a safe environment which has been an ongoing issue at united states penitentiary pollock in regards to staff negligence and inmates suffering injuries as a result which has continued to go unaddressed and create unsafe environments.

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. On the day of July 30TH, 2022 I Suffered a stab wound to my upper arm of my left arm and I also suffered a stab wound to my Lower forearm where my Tendants are. I did not recieve any medical Treatment for the Injuries I suffered. I have had to request to see the medical Staff due to the issues I have been having with my left arm Stemming from the stab wound I suffered to my forearm where my tendants are, medical staff did not provide any treatment but simply Just noted the symptoms I was having, this took place 5 months after incident took place.

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I'AM SEEKING MONETARY DAMAGES FOR THE PHYSICAL INJURIES SUFFERED IN THE AMOUNT OF $200,000.00 I'AM ALSO SEEKING MONETARY DAMAGES FOR THE MENTAL ANGUISH SUFFERED IN THE AMOUNT OF $200,000.00. I'AM ALSO SEEKING PUNITIVE DAMAGES IN THE AMOUNT OF $1,000,000.00. I Seek The monetary damages for the Physical injuries in regards to the Stab wounds I suffered as a result of the Bureau of prisons staff negligence that resulted in my physical injuries. I'am also seeking monetary damages for the mental anguish I suffer with due to the Life threatning situation I was placed in due to the Bureau of Prisons staffs negligence. I also seek to be rewarded punitive damages for the negligence committed by the Bureau of prison staff and to hopefully deter such actions from taking place again. I also ask That court issues a order to provide me with a lawyer. Have the name of the unknown officer provided so that the motion may be Amended to reflect his name. To provide me with a lawyer.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*UNITED STATES PENITENTIARY POLLOCK*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? *That on July 30,2022 Bureau of prison officers Committed acts of negligence when they unsecured multiple inmate Cells at a time that inmate cells were to be secured due to a institutional lockdown we were on at the time all of which resulted in my injuries which would not have been suffered had it not been for the negligence committed by Bureau of prison staff.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? FEDERAL CORRECTIONAL CENTER POLLOCK AND A.D.X FLORENCE. I WENT THRU THE INFORMAL RESOLUTION PROCESS AT FEDERAL CORRECTIONAL COMPLEX/CENTER POLLOCK, I THEN FILED WITH THE OFFICE OF THE WARDEN AT FEDERAL CORRECTIONAL CENTER, FROM THERE I FILED WITH THE OFFICE OF THE REGIONAL DIRECTOR, AND FROM A.D.X I FILED MY LAST STEP OF THE GRIEVANCE PROCESS WITH THE CENTRAL OFFICE

2.    What did you claim in your grievance? AS A RESULT OF NEGLIGENCE ON THE BEHALF OF BUREAU OF PRISON OFFICERS AT UNITED STATES PENITENTIARY POLLOCK ON THE DAY OF JULY 30TH, 2022 I WAS PLACED IN A LIFE THREATNING SITUATION IN WHICH I SUFFERED MULTIPLE INJURIES DUE TO STAB WOUND AS A RESULT OF THE NEGLIGENCE OF THE BUREAU OF PRISON STAFF MEMBERS WHO UNSECURED MULTIPLE CELLS AT A TIME IN WHICH OUR CELLS WERE TO BE SECURED DUE TO THE INSTITUTIONAL LOCK DOWN THE PRISON WAS ON AT THE TIME, WHICH IN THE END RESULTED IN MY INJURIES THAT WOULD NOT HAVE BEEN SUFFERED HAD IT NOT BEEN FOR THE NEGLIGENCE COMMITTED BY BUREAU OF PRISON OFFICERS.

3.    What was the result, if any? The fact that I also sought to be awarded damages for the physical injuries and mental anguish I suffered as a result of the negligence committed by Bureau of prison staff as well as punitive damages for the negligence committed, they were for informational purposes only and rendered no results.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
I STARTED AT THE INSTITUTIONAL LEVEL BY FIRST FILING A INFORMAL RESOLUTION THEN APPEALING THE DECISION TO THE OFFICE OF THE WARDEN, I THEN APPEALED THE DECISION OF THE WARDEN TO THE SOUTH CENTRAL OFFICE OF THE REGIONAL DIRECTOR, I THEN APPEALED THE DECISION OF THE REGIONAL DIRECTOR TO THE CENTRAL OFFICE WHICH WAS THE LAST STEP OF THE GRIEVANCE PROCESS, WHICH IS NOW COMPLETED.

F.     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

N/A

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I DID FILE A STANDARD 95 TORT CLAIM FORM IN WHICH WAS NEVER RESPONDED TO WITHIN THE SIX MONTHS WHICH AFTER SIX MONTHS THE STANDARD 95 TORT CLAIM I FILED CAN BE CONSIDERED DENIED UNDER 28 U.S.C § 2675(a) AND I CAN PURSUE FILING MY SUIT WITH THE COURTS. SEE ATTACHED CERTIFIED MAIL RECIEPT SHOWING PROOF OF FILING, AND ATTACHMENTS. *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    N/A

Defendant(s)    N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.    N/A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    N/A

Defendant(s)    N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition    N/A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *11-3-2023*

Signature of Plaintiff         *ANDREA VICKERS*

Printed Name of Plaintiff      *ANDREA LAVELLE VICKERS*

Prison Identification #        *16301-006*

Prison Address                 *P.O. BOX 8500*

*FLORENCE*            *CO*         *81226-8500*

City                       State        Zip Code

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City                       State        Zip Code

Telephone Number

E-mail Address