UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREA LAVELLE VICKERS #16301-006 | CASE NO. 1:23-CV-01646 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| C.O. MCDOWELL, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 19), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against all Defendants under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) are **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Magistrate Judge is issuing a separate Order regarding service of the federal tort claim,

**IT IS FURTHER ORDERED** that the Motion for Order of Service (ECF No. 17) and the Motion for Extension for Service (ECF No. 18) are **DENIED** as **MOOT**.

**THUS, DONE AND SIGNED** in Chambers this 21st day of March, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE