a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREA LAVELLE VICKERS #16301-006, Plaintiff | CIVIL DOCKET NO. 1:23-CV-01646 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| C O MCDOWELL ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

Pro se Plaintiff Andrea Lavelle Vickers ("Vickers") filed suit pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) and the Federal Tort Claims Act ("FTCA"). Vickers's *Bivens* claims have been denied and dismissed, leaving only the FTCA claim. ECF No. 19, 20.

The only proper defendant in an FTCA case is the United States. *Galvin v. Occupational Safety & Health Admin.*, 860 F.2d 181, 183 (5th Cir. 1988) (holding "[i]t is beyond dispute that the United States, and not the responsible agency or employee, is the proper party defendant in a Federal Tort Claims Act suit."). Therefore, to proceed with his case, Vickers must file a Motion to substitute the United States as the Defendant. IT IS ORDERED that Vickers comply within 60 days of this Order.

SIGNED on Friday, March 22, 2024.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE