UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ANDREA LAVELLE VICKERS #16301-006** | **CASE NO. 1:23-CV-01646 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **C.O. MCDOWELL, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 36), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss (ECF No. 32) is **GRANTED,** and the Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS, DONE AND SIGNED** in Chambers this 20th day of May, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE